```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          NORTHERN DIVISION
```

**FERDINAND FOTSO,**                         :

    **Petitioner,**                       :

**vs.**                                      :    **CIVIL ACTION 06-00613-WS-B**

**ALBERTO GONZALES,**
*et al.,*                                    :

    **Respondents.**                      :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby dismissed as moot.

DONE this 3rd day of May, 2007.

                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE